FRANK A. STEVENS, Respondent, v. BERNARD NAUMBERG, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures appellant's points to be filed within ten days from service of order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Appellant, v. EDWARD JAY REILLY, Respondent.— Motion to dismiss appeal granted unless appellant procures record on appeal and appellant's points to be filed on or before March 31, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

N. V. YZERGIETERIJ EN MACHINEFABRIEK DE ETNA, Respondent, v. JACOB FRIEDMAN, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER O'DONNELL, Appellant.— Motion to dismiss appeal granted unless appellant procures the appellant's points to be filed so appeal can be argued on or before March 3, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK AQUINA, Appellant.— Motion to dismiss appeal granted unless appellant procures record on appeal and appellant's points to be filed so appeal can be argued on or before March 31, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS DALY, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL BERMAN, Appellant, v. BERTRAM J. GOODMAN, Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY H. NADEL and Another, Appellants, v. BRILLO MANUFACTURING CO., INC., Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL BERGOFFEN and Others, Respondents, v. EDEL GLASSER, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. HENRY GERSTMAN, Respondent.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. EMANUEL KOHN, Respondent.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. HYMAN J. LEVY, Respondent.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. SAMUEL URIS, Respondent.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.